Same case below, 367 Fed. Appx. 381.

Same case below, 599 F.3d 433.

**No. 09-11201. Charles Spaulding, Petitioner v. United States.**

562 U.S. 867, 131 S. Ct. 157, 178 L. Ed. 2d 95, 2010 U.S. LEXIS 6517.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 366 Fed. Appx. 670.

**No. 09-11205. Christopher Renda, Petitioner v. United States.**

562 U.S. 867, 131 S. Ct. 158, 178 L. Ed. 2d 95, 2010 U.S. LEXIS 6992.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 368 Fed. Appx. 306.

**No. 09-11202. Pirouz Sedaghaty, Petitioner v. United States District Court for the District of Oregon, et al.**

562 U.S. 867, 131 S. Ct. 390, 178 L. Ed. 2d 95, 2010 U.S. LEXIS 6662.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-11206. Terry Lynn Eady, Petitioner v. United States.**

562 U.S. 867, 131 S. Ct. 158, 178 L. Ed. 2d 95, 2010 U.S. LEXIS 6546.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 368 Fed. Appx. 82.

**No. 09-11203. Jason A. Scott, Petitioner v. United States.**

562 U.S. 867, 131 S. Ct. 158, 178 L. Ed. 2d 95, 2010 U.S. LEXIS 6480.

October 4, 2010. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 983 A.2d 1064.

**No. 09-11210. Joshua Michael Cogdell, Petitioner v. United States.**

562 U.S. 867, 131 S. Ct. 160, 178 L. Ed. 2d 95, 2010 U.S. LEXIS 6832.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 368 Fed. Appx. 437.

**No. 09-11204. Ernie Bradford Scroggins, Petitioner v. United States.**

562 U.S. 867, 131 S. Ct. 158, 178 L. Ed. 2d 95, 2010 U.S. LEXIS 6601.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-11211. Colton Simpson, Petitioner v. California.**

562 U.S. 867, 131 S. Ct. 160, 178 L. Ed. 2d 95, 2010 U.S. LEXIS 6471.

October 4, 2010. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division One, denied.